UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COURTNEY PALMER, <br><br> and <br><br> SHAUNTA BRADFORD, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No.:  4:24-cv-585 |

## COMPLAINT

COME NOW, Plaintiffs Courtney Palmer and Shaunta Bradford, by and through counsel, and for their Complaint against Defendant the United States of America, state as follows:

### PARTIES, JURISDICTION AND VENUE

1. Courtney Palmer is an adult citizen of the State of Missouri.

2. Shaunta Bradford is an adult citizen of the State of Missouri.

3. This is an action for damages brought by Coutney Palmer and Shaunta Bradford (collectively "Plaintiffs") pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346 et seq. (hereinafter the "FTCA"), seeking damages resulting from a motor vehicle collision caused by Darius Washington, an employee of Defendant United States of America, who, at the time of the motor vehicle collision at issue, was working for and was in the course and scope of his employment with the United States Postal Service.

1

4. The motor vehicle collision that gives rise to this action occurred on August 27, 2022 in the City of St. Louis, Missouri, on Market Street.

5. At approximately 5:05 PM on August 27, 2022, Darius Washington began pulling his postal vehicle away from the curb where he had been parked when he collided with Plaintiffs' vehicle which was traveling in the same direction as Darius Washington intended to travel.

6. An administrative claim pursuant to the Federal Tort Claims Act, 28 U.S.C. §2671, et seq., was timely made initially on March 21, 2023 for both Plaintiffs with the National Tort Center for the United States Postal Service.

7. The National Tort Center acknowledged receipt of these claims on June 6, 2023.

8. To date, no determination has been received by the undersigned on Plaintiffs' claims.

9. This Court has original jurisdiction over Plaintiffs' FTCA claims pursuant to 28 U.S.C. § 1331, as the claim arises under federal law.

10. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391(b)(2), as substantially all of the acts giving rise to this complaint occurred within the Eastern District of Missouri.

11. Venue is appropriate in this Court pursuant to Local Rule 3-2.07 in that the acts of negligence identified herein occurred in the Eastern Division of the Eastern District of Missouri.

**COUNT I (COURTNEY PALMER V. UNITED STATES OF AMERICA)**

12. Plaintiff hereby incorporates by reference paragraphs 1 through 11, above, as if fully restated and set forth herein.

13. Defendant United States of America, by and through its employee, Darius Washington, was negligent in the operation of a postal delivery vehicle by failing to yield to the vehicle that Courtney Palmer was a passenger in that was traveling on Market Street.

14. Specifically, Darius Washinton owed a duty not to pull out from the curb he was parked at in front of other vehicles traveling the same direction.

15. As a result of Defendant's negligence, Courtney Palmer suffered bodily injuries in the motor vehicle collision at issue.

WHEREFORE, Plaintiff Courtney Palmer prays this Court enter Judgment in her favor and against Defendant United States of America, and award such sums as are reasonable and sufficient to compensate her, for the costs of this suit, and for such other relief as this Court deems just and proper.

**COUNT II (SHAUNTA BRADFORD V. UNITED STATES OF AMERICA)**

16. Plaintiff hereby incorporates by reference paragraphs 1 through 11, above, as if fully restated and set forth herein.

17. Defendant United States of America, by and through its employee, Darius Washington, was negligent in the operation of a postal delivery vehicle by failing to yield to the vehicle that Shaunta Bradford was driving that was traveling on Market Street.

18. Specifically, Darius Washinton owed a duty not to pull out from the curb he was parked at in front of other vehicles traveling the same direction.

19. As a result of Defendant's negligence, Shaunta Bradford suffered bodily injuries in the motor vehicle collision at issue.

20. Additionally, as a result of the collision, Shaunta Bradford suffered damages from the property damage to his vehicle caused by the collision.

WHEREFORE, Plaintiff Shaunta Bradford prays this Court enter Judgment in his favor and against Defendant United States of America, and award such sums as are reasonable and sufficient to compensate him, for the costs of this suit, and for such other relief as this Court deems just and proper.

**Respectfully Submitted,**

THE GOGEL LAW FIRM

*/s/ Jeremy A. Gogel*

Jeremy A. Gogel, #61866(MO)
745 Old Ballas Road
Saint Louis, MO 63141
Phone: (314) 370-8173
Fax: (314) 399-8277
E-mail: jeremy@gogellawfirm.com

**Attorney for Plaintiffs**